David F. Taylor (*Pro Hac Vice*)
DFTaylor@perkinscoie.com
Angela R. Jones (*Pro Hac Vice*)
AJones@perkinscoie.com
Kathleen M. O'Sullivan (*Pro Hac Vice)*
KOSullivan@perkinscoie.com
Eric J. Weiss (*Pro Hac Vice*)
EWeiss@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

James N. Leik (Alaska Bar No. 8111109)
JLeik@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

*Attorneys for Defendants*
*Afognak Native Corporation and Alutiiq, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex. rel.* BEN FERRIS,<br><br>Plaintiff,<br><br>v.<br><br>AFOGNAK NATIVE CORPORATION and ALUTIIQ, LLC,<br><br>Defendants. | Case No. 3:15-cv-00150-HRH<br><br>**THIRD JOINT STATUS REPORT REGARDING SETTLEMENT** |

Relator Ben Ferris and Defendants Afognak Native Corporation and Alutiiq, LLC (together, the "Parties") jointly submit this Third Joint Status Report Regarding Settlement pursuant to the Court's order dated January 14, 2019. *See* Dkt. 484.

*United States ex rel. Ben Ferris v. Afognak*
*Native Corp, et al.; 3:15-cv-00150-HRH*

LEGAL143213299.1

Case 3:15-cv-00150-HRH   Document 485   Filed 02/08/19   Page 1 of 5

The Parties submitted their first Joint Status Report to the Court on December 17, 2018. *See* Dkt. No. 482. The Parties advised the Court that they were conferring with the Department of Justice in an effort to obtain its consent to the Parties' settlement in principle. Although such consent is not required, the Parties sought to reduce the burden of further litigation. *Id.* at 1-2 (citing *United States ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 722-23 (9th Cir. 1994)). The Parties further advised that they "anticipate[d] seeking Court approval of their settlement on or before January 17, 2019." *Id.* at 2.

On January 11, 2019, the Parties submitted a Second Joint Status Report Regarding Settlement, advising that the Parties had executed definitive settlement agreements resolving all claims and disputes between Relator and the Defendants, but the federal government shutdown prevented them from completing their discussions with the Department of Justice. *See* Dkt. 483. The Parties advised that they would move for Court approval of the settlement or submit a further status report no later than February 8, 2019. *See id.*; *see also* Order dated Jan. 14, 2019, Dkt. 484 (accepting the Parties' Second Joint Status Report Regarding Settlement and ordering parties to file for approval of their settlement or submit a further status report by February 8, 2019).

Immediately after the federal government shutdown ended, the Parties resumed their discussions with the Department of Justice. The Department of Justice advises that it is considering whether to consent to the settlement but has not yet been able to provide its final position on settlement. The Department of Justice advises that it expects to provide its final position on settlement within 2 to 3 weeks. Accordingly, the Parties respectfully propose to seek approval of the settlement or to submit a further status report by March 1, 2019.

*United States ex rel. Ben Ferris v. Afognak Native Corp, et al.; 3:15-cv-00150-HRH* -2- LEGAL143213299.1

Case 3:15-cv-00150-HRH   Document 485   Filed 02/08/19   Page 2 of 5

Dated: February 8, 2019.

        **PERKINS COIE LLP**
        1201 Third Avenue, Suite 4900
        Seattle, WA 98101-3099
        Telephone: 206.359.8000
        Facsimile: 206.359.9000

        By: */s/ Angela R. Jones*
           David F. Taylor (*Pro Hac Vice*)
           Angela R. Jones (*Pro Hac Vice*)
           Kathleen M. O'Sullivan (*Pro Hac Vice*)
           Eric J. Weiss (*Pro Hac Vice*)

        **PERKINS COIE LLP**
        James N. Leik
        1029 West Third Avenue, Suite 300
        Anchorage, AK 99501-1981
        Telephone: 907.279.8561
        Facsimile: 907.276.3108

        *Attorneys for Defendants*
        *Afognak Native Corporation and Alutiiq,*
        *LLC*

*United States ex rel. Ben Ferris v. Afognak Native Corp, et al.; 3:15-cv-00150-HRH* -3- LEGAL143213299.1

Case 3:15-cv-00150-HRH Document 485 Filed 02/08/19 Page 3 of 5

**MOTLEY RICE LLC**
William H. Narwold
Mathew P. Jasinski
Michael J. Pendell
20 Church St., 17th Floor
Hartford, CT 06103
Tel.: (860) 882-1681
Fax: (860) 882-1682

Max N. Gruetzmacher
Erin C. Williams
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
Tel: (843) 216-9000
Fax: (843) 216-9450

By: */s/ Mathew P. Jasinski*
    Mathew P. Jasinski

**CASHION GILMORE LLC**
John P. Cashion (Alaska Bar No. 9806025)
1007 W. 3rd Ave., Suite 301
Anchorage, AK 99501
Tel.: (907) 222-7936
Fax: (907) 222-7938

**BERG & ANDROPHY**
Sarah M. Frazier
3704 Travis St.
Houston, TX 77002
Tel: (713) 529-5622
Fax: (713) 529-3785

**RABON LAW FIRM, PLLC**
Charles H. Rabon, Jr.
225 E. Worthington Ave., Ste. 100
Charlotte, NC 28203
Tel.: (704) 247-3247
Fax: (704) 208-4645

*Attorneys for Relator Ben Ferris*

*United States ex rel. Ben Ferris v. Afognak Native Corp, et al.; 3:15-cv-00150-HRH*  -4-  LEGAL143213299.1

Case 3:15-cv-00150-HRH   Document 485   Filed 02/08/19   Page 4 of 5

CERTIFICATE OF SERVICE

I certify that on February 8, 2019, the foregoing was filed with the Court's electronic filing system which served a copy on all counsel of record.

By: <u>s/Angela R. Jones</u>
Angela R. Jones

*United States ex rel. Ben Ferris v. Afognak Native Corp, et al.; 3:15-cv-00150-HRH*

LEGAL143213299.1

Case 3:15-cv-00150-HRH   Document 485   Filed 02/08/19   Page 5 of 5