David F. Taylor (*Pro Hac Vice*)
DFTaylor@perkinscoie.com
Angela R. Jones (*Pro Hac Vice*)
AJones@perkinscoie.com
Kathleen M. O'Sullivan (*Pro Hac Vice*)
KOSullivan@perkinscoie.com
Eric J. Weiss (*Pro Hac Vice*)
EWeiss@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

James N. Leik (Alaska Bar No. 8111109)
JLeik@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

*Attorneys for Defendants*
*Afognak Native Corporation and Alutiiq, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex. rel.* BEN FERRIS,<br><br>Plaintiff,<br><br>v.<br><br>AFOGNAK NATIVE CORPORATION and ALUTIIQ, LLC,<br><br>Defendants. | Case No. 3:15-cv-00150-HRH<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Relator Ben Ferris, Defendants Afognak Native Corporation and Alutiiq, LLC, and Interested Party the United States of America (collectively, "the Parties"), through counsel, jointly file this stipulation pursuant to Fed. R. Civ. P. 41(a)(1) and 31 U.S.C. § 3730(b)(1)

requesting that this action be dismissed in its entirety, on the merits, and with prejudice, as fully and finally settled.

Following mediation and further negotiations, this matter has settled. Pursuant to the settlement agreements executed by the Parties, Relator will receive a portion of the settlement proceeds in accordance with 31 U.S.C. § 3730(d)(2). The remainder of the settlement proceeds will be allocated to the United States. Pursuant to the settlement agreements, Relator will also receive an agreed amount for reasonable expenses and attorneys' fees incurred, in accordance with 31 U.S.C. § 3730(d)(2). Except as expressly provided in any settlement agreement, each Party will bear his or its own attorneys' fees, costs, and expenses incurred in either prosecuting or defending this matter. By signing below, the Parties stipulate and agree that the settlement and all of terms thereof are reasonable and appropriate under the circumstances and resolve all claims between or among the Parties.

Accordingly, the Parties respectfully request that this matter be dismissed in its entirety, on the merits, and with prejudice, as fully and finally settled. A proposed order is filed herewith.

*United States ex rel. Ben Ferris v. Afognak Native Corp, et al.; 3:15-cv-00150-HRH* -2- LEGAL141828188.3

Case 3:15-cv-00150-HRH   Document 489   Filed 03/15/19   Page 2 of 6

Dated: March 15, 2019.

        **PERKINS COIE LLP**
        1201 Third Avenue, Suite 4900
        Seattle, WA 98101-3099
        Telephone: 206.359.8000
        Facsimile: 206.359.9000

        By: *s/Angela R. Jones*
            David F. Taylor (*Pro Hac Vice*)
            Angela R. Jones (*Pro Hac Vice*)
            Kathleen M. O'Sullivan (*Pro Hac Vice*)
            Eric J. Weiss (*Pro Hac Vice*)

        **PERKINS COIE LLP**
        James N. Leik
        1029 West Third Avenue, Suite 300
        Anchorage, AK 99501-1981
        Telephone: 907.279.8561
        Facsimile: 907.276.3108

        *Attorneys for Defendants*
        *Afognak Native Corporation and Alutiiq,*
        *LLC*

*United States ex rel. Ben Ferris v. Afognak Native Corp, et al.; 3:15-cv-00150-HRH* -3- LEGAL141828188.3

Case 3:15-cv-00150-HRH Document 489 Filed 03/15/19 Page 3 of 6

**MOTLEY RICE LLC**
20 Church St., 17th Floor
Hartford, CT 06103
Tel.: (860) 882-1681
Fax: (860) 882-1682

By:*s/Mathew P. Jasinski*
    William H. Narwold (*Pro Hac Vice*)
    Mathew P. Jasinski (*Pro Hac Vice*)
    Michael J. Pendell (*Pro Hac Vice*)

**MOTLEY RICE LLC**
Max N. Gruetzmacher
Erin C. Williams
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
Tel: (843) 216-9000
Fax: (843) 216-9450

**CASHION GILMORE LLC**
John P. Cashion (Alaska Bar No. 9806025)
1007 W. 3rd Ave., Suite 301
Anchorage, AK 99501
Tel.: (907) 222-7936
Fax: (907) 222-7938

**BERG & ANDROPHY**
Sarah M. Frazier
3704 Travis St.
Houston, TX 77002
Tel: (713) 529-5622
Fax: (713) 529-3785

**RABON LAW FIRM, PLLC**
Charles H. Rabon, Jr.
225 E. Worthington Ave., Ste. 100
Charlotte, NC 28203
Tel.: (704) 247-3247
Fax: (704) 208-4645

*Attorneys for Relator Ben Ferris*

*United States ex rel. Ben Ferris v. Afognak Native Corp, et al.; 3:15-cv-00150-HRH*    -4-    LEGAL141828188.3

Case 3:15-cv-00150-HRH    Document 489    Filed 03/15/19    Page 4 of 6

**U.S. ATTORNEY'S OFFICE**
222 West 7th Avenue, #9
Anchorage, AK 99513
Tel: (907) 271-5071
Fax: (907) 271-2344

BRYAN SCHRODER
United States Attorney

By: /s/ John A. Fonstad
    John A. Fonstad,
    Assistant U.S. Attorney

**U.S. DEPARTMENT OF JUSTICE**
Jennifer Chorpening
Trial Attorney, Civil Division
U.S. Department of Justice
3CON
175 N Street N.E. #10.212
Washington, DC 2002

*Attorneys for Interested Party the*
*United States of America*

*United States ex rel. Ben Ferris v. Afognak*     -5-     LEGAL141828188.3
*Native Corp, et al.; 3:15-cv-00150-HRH*

Case 3:15-cv-00150-HRH   Document 489   Filed 03/15/19   Page 5 of 6

CERTIFICATE OF SERVICE

I certify that on March 15, 2019, the foregoing was filed with the Court's electronic filing system which served a copy on all counsel of record.

By: s/*Angela R. Jones*
Angela R. Jones

*United States ex rel. Ben Ferris v. Afognak Native Corp, et al.; 3:15-cv-00150-HRH* -6- LEGAL141828188.3

Case 3:15-cv-00150-HRH   Document 489   Filed 03/15/19   Page 6 of 6